1

LATHAM & WATKINS LLP
  Perry J. Viscounty (SBN 132143)
  *perry.viscounty@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Attorneys for Plaintiff
craigslist, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAIGSLIST, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>INSTAMOTOR INC., a Delaware corporation, and DOES 1-10,<br><br>Defendants. | CASE NO. 3:17-cv-02449<br><br>**COMPLAINT FOR:**<br><br>**(1) BREACH OF CONTRACT**<br>**(2) VIOLATIONS OF THE CAN-SPAM ACT**<br>**(3) VIOLATIONS OF CALIFORNIA RESTRICTIONS ON UNSOLICITED COMMERCIAL EMAIL ADVERTISERS**<br><br><u>**DEMAND FOR JURY TRIAL**</u> |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

US-DOCS\77345188.1

CASE NO.: 3:17-cv-02449
COMPLAINT
DEMAND FOR JURY TRIAL

1    Plaintiff craigslist, Inc. ("craigslist"), for its Complaint against Instamotor Inc.

2  ("Instamotor"), and Does 1-10 (the "Doe Defendants") (collectively, "Defendants"), allege as

3  follows:

4                                    **NATURE OF THE ACTION**

5    1.    Over the last 20 years, craigslist has developed one of the world's most popular

6  websites, *craigslist.org*, which offers a simple and trusted platform for authorized users to seek

7  employment, offer and search for housing, buy and sell vehicles, trade goods and services, find

8  companionship, and engage in community discussions.  craigslist's platform attracts tens of

9  millions of authorized users who collectively post several hundred million classified ads each

10 year.  The use of, and interaction with, the *craigslist.org* website is governed by craigslist's

11 Terms of Use (a copy of which is attached as Exhibit A).

12   2.    Unfortunately, craigslist's success has made it an attractive target for

13 unscrupulous "businesses" attempting to unlawfully capitalize on craigslist's hard-earned

14 success and popularity.  Despite craigslist's best efforts, these bad actors attempt to access and

15 exploit the content of the craigslist website without authorization and for their own commercial

16 gain, in violation of craigslist's Terms of Use and both California and federal law.  Instamotor is

17 one such enterprise.

18   3.    Instamotor offers an online and app-based used car listing service that competes

19 against craigslist.  But instead of innovating to attract its own customer base, Instamotor has

20 sought to unlawfully piggyback on craigslist's decades of hard work by stealing craigslist users'

21 posts and contact information, harassing those users with unsolicited text and email messages

22 advertising Instamotor's services, and reposting the harvested craigslist listings on the Instamotor

23 site and/or app.

24   4.    By this action, craigslist seeks to put a stop to Instamotor's unlawful conduct and

25 obtain compensation for the violations that have occurred thus far.

26                                    **JURISDICTION**

27   5.    This is a civil action for breach of contract; violations of the CAN-SPAM Act,

28 15 U.S.C. § 7701 *et seq*.; and violations of the California Restrictions on Unsolicited

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

US-DOCS\77345188.1

1

CASE NO.: 3:17-cv-02449
COMPLAINT
DEMAND FOR JURY TRIAL

Commercial Email Advertisers, Cal. Bus. & Prof. Code § 17529, *et seq*.

6. This court has jurisdiction over the CAN-SPAM claim under 28 U.S.C. §§ 1331, and supplemental jurisdiction over the remaining claims under 28 U.S.C. § 1367.

7. This Court has personal jurisdiction over Instamotor because it has conducted substantial business and on information and belief maintains offices in this State and because it has consented to personal jurisdiction in this State by agreeing to craigslist's Terms of Use, which require such consent, as alleged herein.

<u>**VENUE**</u>

8. Venue in this Court is proper under 28 U.S.C. § 1391(b)(2), because a substantial part of the events giving rise to the claims alleged in this Complaint occurred in this District, and because Defendants have consented to venue in this District by agreeing to craigslist's Terms of Use, which require such consent, as alleged herein.

<u>**INTRADISTRICT ASSIGNMENT**</u>

9. This is an Intellectual Property Action and may be assigned on a district-wide basis pursuant to Civil L.R. 3-2(c).

<u>**THE PARTIES**</u>

10. craigslist, Inc. is a Delaware corporation, with its principal place of business in San Francisco, California.

11. Defendant Instamotor Inc. is a Delaware corporation, with its principal place of business in San Francisco, California.

12. craigslist does not know the true names of the Doe Defendants and therefore sues those defendants by such fictitious names. craigslist is informed and believes, and on that basis alleges, that the Doe Defendants are responsible for the acts alleged in this Complaint. When the true names of such fictitious defendants are ascertained, craigslist will seek leave of this Court to amend this Complaint to name those individuals or entities.

<u>**GENERAL ALLEGATIONS**</u>

**The craigslist Classified Ad Service**

13. Founded in San Francisco, California in 1995 by Craig Newmark, craigslist began

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

US-DOCS\77345188.1

2

CASE NO.: 3:17-cv-02449
COMPLAINT
DEMAND FOR JURY TRIAL

as an email list for friends and co-workers to share information about events in and around the Bay Area.  Today, craigslist has become one of the world's most popular websites, relied upon by its authorized users who seek employment, offer and search for housing, buy and sell vehicles, trade goods and services, find companionship, and engage in community discussions. craigslist's fierce dedication to its users is reflected in the website's various policies and efforts to protect those users from spam, scams, and the unauthorized harvesting or use of content posted by users, including their personal information, by third parties seeking to exploit that content and information for their own commercial gain.  Users, in turn, entrust their content and information to the craigslist website.

14.     The interaction with, and use of, *craigslist.org* is governed by craigslist's Terms of Use, which are prominently featured on the website's main landing page and in the footer of nearly every page of the website.

15.     Users agree to craigslist's Terms of Use by visiting or accessing the website. Such a contract is generally referred to as a "browsewrap" contract.  Courts routinely uphold such contracts, particularly with respect to sophisticated users.  Indeed, craigslist's Terms of Use has specifically been found to form a valid and binding browsewrap contract.  *See, e.g., Craigslist, Inc. v. Kerbel,* No. 11-3309-EMC, 2012 U.S. Dist. Lexis 108573, *41-42 (N.D. Cal. Aug. 2, 2012) (finding defendant agreed to the Terms of Use "each time he accessed the website").

16.     Instamotor is a sophisticated user who is demonstrably familiar with browsewrap agreements, as it has utilized them on its own website.  *See, e.g.,* https://instamotor.com/terms ("Welcome to Instamotor.  We hope you find it useful.  By accessing our servers, websites, or content therefrom (together, 'IM'), you agree to these Terms of Use ('TOU').")

17.     craigslist's Terms of Use are also binding as a "clickwrap agreement" vis-à-vis users who post ads to *craigslist.org*.  A user is required to affirmatively assent to craigslist's Terms of Use by clicking "ACCEPT the terms of use" before the user may post an ad live to *craigslist.org*, as shown here:

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

US-DOCS\77345188.1

3

CASE NO.: 3:17-cv-02449
COMPLAINT
DEMAND FOR JURY TRIAL



18.     If the user does not agree to the Terms of Use, the post is not published on

*craigslist.org*.  When a user affirmatively assents to the Terms of Use in this manner, the

resulting contract is referred to as a "clickwrap agreement."  Such contracts are routinely upheld

by Courts, and courts in this District routinely enforce craigslist's Terms of Use as a binding

contract on this basis.  *See, e.g., Craigslist, Inc. v. 3taps, Inc., et al*, Case No. 12-cv-03816-CRB,

Dkt No. 280 (N.D. Cal. October 11, 2015); *craigslist, Inc. v. Troopal Strategies, Inc.*, No. 09-

04741-JW, 2011 U.S. Dist. Lexis 156825, *2-4, 8-9 (N.D. Cal. July 12, 2011); *Craigslist, Inc. v.

Doe*, No. 09-4739-SI, 2011 U.S. Dist. Lexis 53123, *7-8 (N.D. Cal. Apr. 25, 2011); *Craigslist,

Inc. v. Naturemarket, Inc.*, 694 F. Supp. 2d 1039, 1064 (N.D. Cal. 2010); *craigslist, Inc. v.

Realworks Group LLC*, No. 08-05072-JW, 2009 U.S. Dist. Lexis 132432, at *13-14 (N.D. Cal.

Oct. 29, 2009); *Craigslist, Inc. v. Mesiab*, No. 08-05064-CW, 2009 U.S. Dist. LEXIS 132433,

*39-41 (N.D. Cal. Sept. 14, 2009).

19.     By agreeing to craigslist's Terms of Use, the user agrees to abide by all of the

prohibitions and restrictions contained therein.  For example, craigslist's Terms of Use prohibits

users from scraping the craigslist website, from collecting contact information for craigslist

users, and from spamming craigslist users.  Specifically, the Terms of Use state:  "Robots,

spiders, scripts, scrapers, crawlers, etc. are prohibited, as are misleading, unsolicited, unlawful,

and/or spam postings/email. You agree not to collect users' personal and/or contact information."

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

US-DOCS\77345188.1

CASE NO.: 3:17-cv-02449
COMPLAINT
DEMAND FOR JURY TRIAL

20.     From past experience, craigslist has learned that certain third parties intent on misappropriating craigslist content go to elaborate lengths to try to mask their identity and evade technological blocks that craigslist imposes on users who repeatedly violate the Terms of Use. As a result, those acts of technological evasion are also prohibited under the contract.

21.     Once bound by the Terms of Use, users can browse ads posted by other users, or post ads themselves.  Users' ads typically include a title, description and other relevant details about whatever the user placing the ad may be offering or seeking, and often include an email address and telephone number for replies.  Typically, such contact information is initially hidden from public view, to make it more difficult for "scrapers" to copy.

22.     As part of the classified ad creation process, craigslist users encounter a check box which reads:  "ok for others to contact you about other services, products or commercial interests."  If a user leaves the box un-checked, it indicates that the user does <u>not</u> want to receive third-party solicitations.  If a craigslist user checks the box, it indicates that the user is willing to receive third-party solicitations.

**Instamotor's Activities**

23.     Instamotor offers an online and app-based service for buying and selling used vehicles.

24.     Instamotor is a long time user of the *craigslist.org* website.  Instamotor has "access[ed] [craigslist's] servers, websites, or content therefrom" at various times and thereby "agree[d] to [craigslist's] Terms of Use," as further described above.

25.     Instamotor has also posted at least fifty ads to the *craigslist.org* website, affirmatively agreeing to craigslist's Terms of Use as a necessary step in the posting process for each post.

26.     For example, from at least February 8, 2014 to October 24, 2014, Instamotor posted ads on *craigslist.org* from an account associated with the *val@instamotor.com* email address.

27.     On at least March 1, 2014, Instamotor posted ads on *craigslist.org* from an account associated with the *egjoka@instamotor.com* email address.

28.     On at least March 29, 2014, Instamotor posted ads on *craigslist.org* from an account associated with the *craigslist@instamotor.com* email address.

29.     From at least August 5, 2014 to January 13, 2015, Instamotor posted ads on *craigslist.org* from an account associated with the *sy@instamotor.com* email address.

30.     On at least August 11, 2014, Instamotor posted ads on *craigslist.org* from an account associated with the *info@instamotor.com* email address.

31.     On at least October 22, 2014, Instamotor posted ads on *craigslist.org* from an account associated with the *yvonne@instamotor.com* email address.

32.     On at least October 28, 2014, Instamotor posted ads on *craigslist.org* from an account associated with the *marshall@instamotor.com* email address.

33.     From at least March 3, 2016 to March 7, 2016, Instamotor posted ads on *craigslist.org* from an account associated with the *dallas@instamotor.com* email address.

34.     Instamotor harvests, scrapes, or "extracts" classified ads—and the associated personal and/or contact information of craigslist users—from craigslist's website.

35.     Instamotor uses the ad content that it steals from craigslist's website to populate used car listings on its own website and app. As a result, craigslist has received complaints from users who listed their vehicles for sale exclusively on craigslist, only to find out later that their vehicle and contact information was also being displayed without their consent on Instamotor. For example, one craigslist user complained to craigslist as follows:

> A few months back, I advertised my car for sale and I sold it over Craigslist [sic]. Over the last few days, I started getting texts about my car being for sale. One person said they found my car over an app called Instamotor. The interesting this [sic] is that I never even heard of instamotor until yesterday . . . . I never downloaded their app, nor advertised my car with them. . . . I am not a user nor did I give consent to be contacted by potential buyers over instamotor. They said they removed the ad, but I am frustrated.

36.     Another craigslist user complained about Instamotor's conduct on an online message board as follows:

> I have recently sold a car through a private CL transaction. Few days later, I get a message from someone looking to buy the same car & said they saw it from the Instamotor app, which I thought was odd. I only

LATHAM&WATKINS™
ATTORNEYS AT LAW
SAN FRANCISCO

US-DOCS\77345188.1

6

CASE NO.: 3:17-cv-02449
COMPLAINT
DEMAND FOR JURY TRIAL

posted the car ad in CL.  I honestly don't like the idea of CL sharing my ad and/or having these Car Apps make their own ad for me.

*See* https://www.reddit.com/r/cars/comments/471wia/anyone_have_any_experience_with_appbased_car/.

37.     On information and belief, when one craigslist user complained to Instamotor about their unauthorized scraping and repurposing of his craigslist ad, Instamotor admitted via email:  "We extracted your listing in September when it was active on Craigslist [sic]."

38.     Instamotor uses the contact information that it steals from craigslist's website to harass craigslist users with unsolicited text messages and emails advertising Instamotor's services.

39.     The messages frankly admit that Instamotor is scraping content from the craigslist website.  For example, a typical text message reads as follows (emphasis added):

Hello! It's Lizanne from Instamotor.  We are a FREE app to buy/sell cars safely.  ***We have extracted your Jeep Wrangler from Craigslist*** [sic]. Our app features tools like privacy shield! If you would like me to call w/ more info, my hours are Tuesdays/Wednesdays between 1-3 pm PST. If you provide me an email address, I can send more information via email.

40.     The unsolicited emails are commercial in nature.  The emails solicit craigslist users to use Instamotor's services to sell their vehicles, but are not identified as advertisements and do not contain a means for the recipient to opt out of future such emails.

41.     Instamotor co-opts and abuses craigslist's "relay" system, (*i.e.*, the electronic communication system through which craigslist users can correspond with each other) to transmit their commercial electronic mail messages.

42.     Instamotor attempts to mislead craigslist and circumvent its spam prevention efforts.  For example, Instamotor uses a white-listed mail service to send the unsolicited commercial emails, thereby disguising the messages' true origin in an effort to push them through craigslist's relay system.

**Irreparable Harm**

43.     Defendants' actions have caused and will cause irreparable harm to craigslist, for

LATHAM&WATKINSᴸᴸᴾ
ATTORNEYS AT LAW
SAN FRANCISCO

US-DOCS\77345188.1

7

CASE NO.: 3:17-cv-02449
COMPLAINT
DEMAND FOR JURY TRIAL

which it has no adequate remedy at law.  Defendants' conduct diminishes craigslist's goodwill—by, *inter alia*, harming its customers and interfering with its relationships with those customers—and injures craigslist's reputation as a trusted and secure platform.  craigslist has worked hard and invested heavily for many years so that its site can be used largely free of charge and its users protected from unwanted third-party solicitations, and has implemented a complex array of protocols to ensure that users will determine where their own listings appear and for how long.  When Defendants pirate users' material from the craigslist site and re-display it on Instamotor's site and app, users are effectively robbed of that ownership and control.

44.     Defendants' conduct also requires craigslist to deploy and administer an arsenal of technological measures to try to prevent Defendants' scraping and spamming activities.  Although craigslist does its best to protect its site from Defendants' unwanted and improper interference, those efforts are far from one hundred percent successful—leaving craigslist users victim to Defendants' violations of the law.

## FIRST CLAIM FOR RELIEF
### Breach of Contract

45.     craigslist realleges and incorporates by reference all of the factual allegations set forth above.

46.     At all relevant times, the main craigslist homepage, and other pages from which users navigate the craigslist website, have prominently displayed links to craigslist's Terms of Use and made clear that users may not access the craigslist website without agreeing to those Terms of Use.  In addition, craigslist users are presented with the Terms of Use and must affirmatively accept them to register for a craigslist account to post ads.  Similarly, craigslist users are presented with the Terms of Use and must affirmatively accept them before posting an ad without an account.

47.     Defendants have accepted and agreed to be bound by the Terms of Use by creating accounts, posting ads to craigslist and/or browsing or otherwise accessing the craigslist website.

48.     Defendants have regularly accessed and used the craigslist website to, among

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

US-DOCS\77345188.1

8

CASE NO.: 3:17-cv-02449
COMPLAINT
DEMAND FOR JURY TRIAL

1  other things, copy and misappropriate classified ads and the associated craigslist users' personal
2  and/or contact information.

3      49.    On information and belief, Defendants have used (and continue to use) software
4  or services that interact or interoperate with craigslist, and have employed robots, spiders,
5  scripts, scrapers or crawlers on the craigslist website.

6      50.    Defendants have sent and continue to send misleading, unsolicited, unlawful
7  and/or spam postings and/or email to craigslist users.

8      51.    Defendants' actions have breached craigslist's Terms of Use.

9      52.    craigslist has performed all conditions, covenants, and promises required of it in
10  accordance with the Terms of Use.

11      53.    Defendants' conduct has caused and continues to cause irreparable and
12  incalculable harm and injury to craigslist.

13      54.    craigslist is entitled to injunctive relief, compensatory damages, liquidated
14  damages under the Terms of Use, costs and/or such other relief as may be available.

15                    **SECOND CLAIM FOR RELIEF**
                      **Violations of the CAN-SPAM Act**
16                    **(15 U.S.C. § 7701 *et seq.*)**

17      55.    craigslist realleges and incorporates by reference all of the factual allegations set
18  forth above.

19      56.    craigslist is a provider of Internet access service as defined in 15 U.S.C.
20  § 7702(11) because it provides a service that enables users to access content, information,
21  electronic mail, or other services offered over the Internet, and may also include access to
22  proprietary content, information, and other services as part of a package of services offered to
23  consumers.

24      57.    craigslist's website and computers are used in and affect interstate and foreign
25  commerce and communication, and are therefore protected computers within the meaning of
26  15 U.S.C. § 7702(13).

27      58.    The spam messages initiated by Defendants are "commercial" electronic mail
28  messages because their primary purpose is the commercial advertisement or promotion of

1   Instamotor's commercial products or services (including content on an Internet website operated

2   for a commercial purpose) as provided in 15 U.S.C. § 7702(2)(A).

3       59.     On information and belief, Defendants initiate the transmission of commercial

4   electronic mail messages with actual knowledge, or knowledge fairly implied on the basis of

5   objective circumstances, that the messages contain, or are accompanied by, header information

6   that is materially false or materially misleading.

7       60.     On information and belief, Defendants initiate the transmission of commercial

8   electronic mail messages with actual knowledge, or knowledge fairly implied on the basis of

9   objective circumstances, that the messages' subject heading would be likely to mislead a

10  recipient, acting reasonably under the circumstances.

11      61.     On information and belief, Defendants are also engaged in a pattern or practice of

12  initiating the transmission of commercial electronic mail messages that do not contain a

13  functioning return electronic mail address or other Internet-based response mechanism.

14      62.     On information and belief, Defendants initiate the transmission of commercial

15  electronic messages, in a pattern or practice, that do not clearly and conspicuously identify that

16  the messages are advertisements or solicitations for Instamotor's services, do not contain clear

17  and conspicuous notice of the opportunity to decline to receive further commercial electronic

18  mail messages from the sender, and do not provide a physical postal address of the sender.

19      63.     On information and belief, Defendants originate or transmit commercial

20  electronic messages or intentionally pay or provide other consideration to another person to

21  initiate such messages on its behalf, with actual knowledge that, or by consciously avoiding

22  knowing whether, such person is engaging, or will engage, in a pattern or practice that violates

23  the CAN-SPAM Act.

24      64.     On information and belief, Defendants knowingly initiate the transmission of

25  commercial electronic mail messages or assist in the origination of such messages to craigslist

26  users with actual knowledge or knowledge fairly implied on the basis of objective circumstances

27  that the email addresses were obtained by using an automated means such as email harvesting

28  software.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

US-DOCS\77345188.1

10

CASE NO.: 3:17-cv-02449
COMPLAINT
DEMAND FOR JURY TRIAL

1      65.     Defendants' conduct violates the CAN-SPAM Act many times over, including

2 without limitation 15 U.S.C. §§ 7704(a)(1), (a)(2), (a)(3), (a)(5), and (b).

3      66.     craigslist is adversely affected by reason of these violations, including, without

4 limitation, by incurring expenses and resources associated with being forced to investigate and

5 combat Defendants' unauthorized spam messages.

6      67.     craigslist is entitled to statutory damages in an amount to be proven at trial.

7      68.     craigslist is entitled to aggravated damages in an amount equal to three times the

8 amount otherwise available pursuant to 15 U.S.C. § 7706(g)(3)(C) because Defendants have

9 knowingly and willfully violated craigslist's rights and have sent commercial electronic mail

10 messages to craigslist users by using automated means to obtain their email addresses as set forth

11 in 15 U.S.C. § 7704(b).

12      69.     In addition, craigslist has suffered and will continue to suffer irreparable harm,

13 and its remedy at law is not itself adequate to compensate it for injuries inflicted by Defendants.

14 Accordingly, craigslist is entitled to injunctive relief pursuant to 15 U.S.C. § 7706(g)(1)(A).

15      70.     craigslist is also entitled to recover its costs, including attorneys' fees, pursuant

16 to 15 U.S.C. § 7706(g)(4).

17                          **THIRD CLAIM FOR RELIEF**

**Violations of the Restrictions on Unsolicited Commercial Email Advertisers**
18 **(Cal. Bus. & Prof. Code § 17529, _et seq._)**

19      71.     craigslist realleges and incorporates by reference all of the factual allegations set

20 forth above.

21      72.     craigslist is an electronic mail service provider as defined in Cal. Bus. & Prof.

22 Code  § 17529.1 because it is an Internet service provider that is an intermediary in sending or

23 receiving electronic mail or that provides to end users of the electronic mail service the ability to

24 send or receive electronic mail.

25      73.     The electronic messages initiated by Defendants are "commercial e-mail

26 advertisements" as defined in Cal. Bus. & Prof. Code § 17529.1 because they were initiated for

27 the purpose of advertising or promoting the lease, sale, rental, gift, offer, or other disposition of

28 any property, goods, services, or extension of credits.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

US-DOCS\77345188.1

11

CASE NO.: 3:17-cv-02449
COMPLAINT
DEMAND FOR JURY TRIAL

1   74.   The commercial email advertisements were sent from California or sent to

2   California electronic mail addresses.

3   75.   On information and belief, Defendants initiated and advertised Instamotor's

4   services and websites in commercial email advertisements which contain falsified or

5   misrepresented header information in violation of Cal. Bus. & Prof. Code § 17529.5(a)(2).

6   76.   In addition, on information and belief, Defendants initiated and advertised

7   Instamotor's services and websites in commercial email advertisements which contain subject

8   lines that are likely to mislead the craigslist users receiving the messages as to the contents or

9   subject matter of the message in violation of Cal. Bus. & Prof. Code § 17529.5(a)(3).

10   77.   craigslist has suffered damages and losses by reason of these violations, including

11   expenses associated with investigating and combating Defendants' unauthorized spam messages.

12   78.   craigslist is also entitled to recover its reasonable attorney's fees and costs

13   pursuant to Cal. Bus. & Prof. Code § 17529.5(b)(1)(C).

14   **PRAYER FOR RELIEF**

15   WHEREFORE, craigslist prays that judgment be entered in its favor and against

16   Defendants as follows:

17   A.   An injunction enjoining and restraining the Defendants, their employees,

18   representatives, agents, and all persons or entities acting in concert with them during the

19   pendency of this action and thereafter perpetually from:

20   1.   Accessing or using the craigslist website, directly or indirectly, for any

21   commercial purpose whatsoever;

22   2.   Sending or transmitting, or paying, directing, aiding, or conspiring with

23   others to send or transmit commercial electronic mail messages to craigslist users (*i.e.*, "spam

24   messages") for any purpose, including but not limited to promotion of a commercial product or

25   service;

26   3.   Copying, downloading, harvesting, or obtaining craigslist user postings or

27   craigslist user personal information by any means whatsoever;

28   4.   Directly or indirectly displaying craigslist content;

1             5.       Directly or indirectly violating the Terms of Use and/or Privacy Policy of

2 any craigslist website, including but not limited to *craigslist.org*; and

3             6.       Circumventing technological measures that control access to craigslist.

4      B.      An order compelling Defendants to account to craigslist for any and all profits

5 derived from their unlawful conduct.

6      C.      An order compelling Defendants to destroy all copies of craigslist's user listings

7 in its possession, custody, or control.

8      D.      An order awarding craigslist restitution and damages, as described herein and as

9 permitted by law.

10      E.      An order awarding craigslist pre-judgment interest.

11      F.      An order awarding craigslist its costs of suit, including, but not limited to

12 reasonable attorneys' fees, as permitted by law.

13      G.      An order awarding craigslist such other relief as the Court deems appropriate.

14

15                                        **<u>JURY DEMAND</u>**

16       Pursuant to Rule 38 of the Federal Rules of Civil Procedure and Local Rule 3-6, Plaintiff

17 demands a trial by jury.

18

19 Dated:  April 28, 2017                 LATHAM & WATKINS LLP

20                                 By:     <u>*/s/Perry J. Viscounty*</u>

21                                       Perry J. Viscounty

22                                       Attorneys for Plaintiff
                                      craigslist, Inc.

23

24

25

26

27

28

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

US-DOCS\77345188.1

13

CASE NO.: 3:17-cv-02449
COMPLAINT
DEMAND FOR JURY TRIAL